IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES STONER,
ADC #84433                                                                                          PLAINTIFF

V.                                    4:12CV00332 JMM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, et al.                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order granting Defendants' Motion for Summary Judgment, Judgment is entered in favor of Defendants and against Plaintiff without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 24th day of September, 2012.

_____
James M. Moody
United States District Judge